```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00508-KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| RAYMOND PADILLA, JR., | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Raymond Padilla, Jr., it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1), defendant Raymond Padilla's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

> a. Approximately $105,500.00 in U.S. Currency seized from JP Morgan Chase personal money market account number 4178013903, held in the name V.C. Padilla.

2. The above-listed property constitutes property involved in and traceable to a violation of 31 U.S.C. § 5324(a)(3).

///

1

1      3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal Revenue Service - Criminal Investigation, in its secure custody and control.

     4.   a.   Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

     5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

///

Order of Forfeiture pursuant to 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

SO ORDERED this 3rd day of November 2011.

_____
UNITED STATES DISTRICT JUDGE