```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00508-KJM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| RAYMOND PADILLA, JR., | |
| Defendant. | |

WHEREAS, on or about November 4, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 31 U.S.C. § 5317(c)(1), based upon the plea agreement entered into between plaintiff and defendant Raymond Padilla, Jr. forfeiting to the United States the following property:

        a. Approximately $105,500.00 in U.S. Currency seized from JP Morgan Chase personal money market account number 4178013903, held in the name V.C. Padilla;

AND WHEREAS, beginning on November 17, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to: Veronica C. Padilla;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Raymond Padilla, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service - Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE